JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LYNN WILLIAMS, | Case No. CV 21-0935 MWF (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PATRICK COVELLO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 18, 2022

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE